IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA PARKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KARIE MAGEDOFF, ANTHONY GREER, and SPEEDY TITLE & APPRAISAL REVIEW SERVICES,<br><br>　　　　　Defendants. | No. 16-cv-2103<br><br>Honorable Robert M. Dow, Jr. |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT, AND IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT, AND MOTION TO STRIKE

For the reasons set forth in the concurrently filed Memorandum in Support of Defendants' Motion, Defendants Kari[1] Magedoff, Anthony Greer, and Speedy Title & Appraisal Review (collectively "Defendants") respectfully request this Court grant their Motion to Dismiss Plaintiff's Amended Complaint in its entirety, and in the alternative, grant their Motion for a More Definite Statement and Motion to Strike, pursuant to Federal Rule of Civil Procedure 12(b)(6), 12(e), and 12(f).

Defendants submit that Plaintiff's 69-page Amended Complaint fails to state a single claim for which relief can be granted. Further, Defendants ask that, to the extent the Court determines Plaintiff adequately alleges claims, that, Plaintiff be required to file a more definite statement specifically in regards to the Amended Complaint's first seven pages of narrative [ECF No. 96, pp. 8-14]. Finally, Defendants request the Court strike certain exhibits due to their

---

[1] Plaintiff initially spelled Kari Magedoff's name incorrectly in the case caption when filing the action. Plaintiff subsequently spelled Magedoff's name correctly in her Amended Complaint.

-2-

immateriality to Plaintiff's claims.

Dated: August 31, 2017

Respectfully submitted,

*/s/ Catherine S. Lindemann*
Catherine S. Lindemann

Paul E. Bateman
Catherine S. Lindemann
Keemya Maghsoudi
LITTLER MENDELSON, P.C.
A Professional Corporation
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.372.5520

## CERTIFICATE OF SERVICE

Keemya Maghsoudi, an attorney, hereby certifies that on August 31, 2017, she caused a copy of the foregoing ***Defendants' Motion to Dismiss Plaintiff's Amended Complaint, and In the Alternative, Motion for a More Definite Statement, and Motion to Strike*** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system and to be served upon the following via electronic mail and FedEx:

>Lisa Parks
>7843 S. East End Avenue, #2
>Chicago, IL 60649
>lparks679542299@aol.com

>*/s/Keemya Maghsoudi*
>*One of the attorneys for Defendants*

Firmwide:149590097.1 067136.1068